IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **RICK SMITH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:22cv216-MHT |
| ) | (WO) |
| **RUSSELL COUNTY JAIL,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate at the Russell County Jail, filed this lawsuit complaining of deliberate indifference to medical needs and other unconstitutional conditions of confinement in violation of the Fourteenth and Eighth Amendments. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with the court's order to pay the filing fee or file an application for leave to proceed in forma pauperis. There are no objections to the

recommendation. After an independent and *de novo* review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of June, 2023.

                                        /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**